LONGYEAR & LAVRA, LLP
Van Longyear, CSB No.: 84189
Nicole M. Cahill, CSB No.: 287165
Denny Yu, CSB No.: 345213
555 University Avenue, Suite 280
Sacramento, CA 95825
Phone: 916-974-8500
Facsimile: 916-974-8510
Emails: longyear@longyearlaw.com
cahill@longyearlaw.com
yu@longyearlaw.com

Attorneys for Defendants,
County of Sacramento and
Sheriff Jim Cooper

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SELENE FINANCE, LP<br><br>　　　　Plaintiff,<br><br>v.<br><br>COUNTY OF SACRAMENTO; JIM COOPER, solely in his official capacity as the SHERIFF OF SACRAMENTO COUNTY; MALCOLM & CISNEROS, a California Law Corporation; and DOES 1-25,<br><br>　　　　Defendants. | Case No.: 2:23-CV-01124-DJC-CKD<br><br>**STIPULATION AND REQUEST TO EXTEND TIME TO FILE STATUS REPORT AND DISCOVERY PLAN AND ORDER** |

The Parties, through their counsel, have met and conferred and hereby respectfully request an extension of time to file their joint status report and discovery plan. The Plaintiff and the County defendants are in active settlement negotiations and Defendant, Malcolm & Cisneros, a California Law Corporation, has pending a motion to dismiss that, if granted, would render its participation moot. The motion is scheduled to be heard on September 14, 2023.

The Parties respectfully request that the filing date for the joint status and discovery report be extended to **21 days** <u>after</u> the court enters its order regarding the pending motion.

///

///

///

Dated: August 4, 2023                LONGYEAR & LAVRA, LLP


By: /s/ Van Longyear
    VAN LONGYEAR
    Attorneys for Defendants,
    County of Sacramento and Sheriff Jim
    Cooper


Dated: August 4, 2023                KLINEDINST PC


By: /s/ Ian Rambarran [as authorized on 8-4-23]
    IAN RAMBARRAN
    Attorneys for Plaintiff, Selene Finance, LP


Dated: August 4, 2023                LONG AND LEVIT, LLP


By: /s/ John B. Sullivan [as authorized on 8-4-23]
    JOHN B. SULLIVAN
    Attorneys for Defendant,
    Malcom & Cisneros, a California
    Law Corporation


**IT IS SO ORDERED.**

Dated:  August 4, 2023                /s/ Daniel J. Calabretta
    THE HONORABLE DANIEL J. CALABRETTA
    UNITED STATES DISTRICT JUDGE

STIPULATION AND REQUEST TO EXTEND TIME TO FILE STATUS REPORT AND DISCOVERY PLAN AND PROPOSED ORDER