JOHN B. SULLIVAN, Bar No. 238306
LONG & LEVIT LLP
465 California Street, Suite 500
San Francisco, California 94104
Telephone:  (415) 397-2222
Facsimile:   (415) 397-6392
Email:        jsullivan@longlevit.com

Attorneys for Defendant
MALCOLM & CISNEROS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SELENE FINANCE LP,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF SACRAMENTO; JIM COOPER, solely in his official capacity as the SHERIFF OF SACRAMENTO COUNTY; MALCOLM & CISNEROS, a California Law Corporation; and DOES 1-25,<br><br>　　　　Defendants. | Case No. 2:23-cv-01124-DJC-CKD<br><br>**STIPULATION TO EXTEND TIME TO FILE REPLY BRIEF** |

Defendant Malcolm & Cisneros filed its Notice of Motion and Rule 12(b)(6) Motion to Dismiss (the "Motion to Dismiss") on July 14, 2023. The motion is scheduled to be heard on September 14, 2023.  Plaintiff Selene Finance timely filed its Opposition to Defendant's 7/28/2023 Rule 12(b)(6) Motion to Dismiss (the "Opposition"). Counsel for Malcolm and Cisneros did not receive service of the Opposition from the ECF and did not receive a copy until August 3, 2023 when it reached out to counsel for Selene Finance. Selene Finance then provided the Opposition papers along with a Certificate of Service dated August 3, 2023, attached as Exhibit A.  Malcolm & Cisneros requires additional time to review and respond to Selene Finance's Opposition.

Based on the foregoing, the parties agree that Malcolm & Cisneros's reply brief is due on or before Friday, **August 11, 2023**.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: August 3, 2023 | LONG & LEVIT LLP |
| | |
| | By  /s/_____<br>JOHN B. SULLIVAN<br>Attorneys for Defendant<br>MALCOLM & CISNEROS, A<br>CALIFORNIA LAW CORPORATION |
| Dated: August 3, 2023 | KROGH & DECKER, LLP |
| | |
| | By  /s/_____<br>MICHAEL CRODDY<br>Attorneys for Plaintiff<br>SELENE FINANCE LP |

Good cause appearing therefore, **IT IS SO ORDERED.**

Dated: August 4, 2023        /s/ Daniel J. Calabretta
                              THE HONORABLE DANIEL J. CALABRETTA
                              UNITED STATES DISTRICT JUDGE

LONG & LEVIT LLP
465 CALIFORNIA STREET
5TH FLOOR
SAN FRANCISCO
CALIFORNIA 94104

2
Case No. 2:23-cv-01124-DJC-CKD
STIPULATION TO EXTEND TIME TO FILE REPLY BRIEF