JOHN B. SULLIVAN, Bar No. 238306
MILLICENT S. MERONEY, Bar No. 151304
LONG & LEVIT LLP
465 California Street, Suite 500
San Francisco, California 94104
Telephone:   (415) 397-2222
Facsimile:    (415) 397-6392
Email:         jsullivan@longlevit.com
                    mmeroney@longlevit.com

Attorneys for Defendant
MALCOLM & CISNEROS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SELENE FINANCE LP,<br><br>  Plaintiff,<br><br>  v.<br><br>COUNTY OF SACRAMENTO; JIM COOPER, solely in his official capacity as the SHERIFF OF SACRAMENTO COUNTY; MALCOLM & CISNEROS, a California Law Corporation; and DOES 1-25,<br><br>  Defendants. | Case No. 2:23-cv-01124-DJC-CKD<br><br>**JOINT STIPULATION TO EXTEND TIME TO FILE RESPONSE TO FIRST AMENDED COMPLAINT** |

Plaintiff Selene Finance and Defendant Malcolm & Cisneros agree that Malcolm & Cisneros has up to and including November 7, 2023 to file an answer and affirmative defenses to the First Amended Complaint.

IT IS SO STIPULATED.

Dated:                                        LONG & LEVIT LLP

                                              /s/ Millicent S. Meroney
                                              _____
                                              JOHN B. SULLIVAN
                                              MILLICENT S. MERONEY
                                              Attorneys for Defendant
                                              MALCOLM & CISNEROS

Dated:                                        KROGH & DECKER, LLP

                                              _____
                                              MICHAEL CRODDY
                                              Attorneys for Plaintiff
                                              SELENE FINANCE LP

Good cause appearing therefore, **IT IS SO ORDERED.**

Dated:  October 24, 2023                      /s/ Daniel J. Calabretta
                                              _____
                                              THE HONORABLE DANIEL J. CALABRETTA
                                              UNITED STATES DISTRICT JUDGE

LONG & LEVIT LLP
465 CALIFORNIA STREET
5TH FLOOR
SAN FRANCISCO
CALIFORNIA 94104

2    Case No. 2:23-cv-01124-DJC-CKD
JOINT STIPULATION TO EXTEND TIME TO FILE RESPONSE TO FIRST AMENDED COMPLAINT