**KROGH & DECKER, LLP**
SHAWN M. KROGH, SBN 227116
*shawnkrogh@kroghdecker.com*
MICHAEL D. CRODDY, SBN 198489
*michaelcroddy@kroghdecker.com*
MARIE C. AVERY, SBN 345344
*marieavery@kroghdecker.com*
555 Capitol Mall, Suite 700
Sacramento, California 95814
Telephone: 916.498.9000
Facsimile: 916.498.9005

Attorneys for Plaintiff
SELENE FINANCE LP

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SELENE FINANCE LP, <br><br> Plaintiff, <br><br> vs. <br><br> COUNTY OF SACRAMENTO; JIM COOPER, solely in his official capacity as the SHERIFF OF SACRAMENTO COUNTY; MALCOLM & CISNEROS, a California Law Corporation; and DOES 1-25, <br><br> Defendants. | Case No.: 2:23-cv-01124-DJC-CKD <br><br> **AMENDED ORDER ON STIPULATED REQUEST TO MODIFY SELENE FINANCE LP'S DEADLINE TO FILE MOTION TO STRIKE MALCOLM & CISNEROS' ANSWER** <br><br> Assigned to: District Judge Daniel J. Calabretta <br><br> Referred to: Magistrate Judge Carolyn K. Delaney <br><br> Complaint Filed: November 18, 2020 <br> Case Removed: June 12, 2023 <br> Trial:            None Set |

Pursuant to Federal Rules of Civil Procedure, Rule 16(b)(4), plaintiff Selene Finance LP ("Plaintiff"), with the stipulated consent of defendant Malcolm & Cisneros ("Defendant"), hereby requests that the Court allows Plaintiff until December 26, 2023, to file a motion to strike Defendant's Answer.

The court has the authority to modify the pretrial Scheduling Order for good cause. (FRCP Rule 16(b)(4)).

On November 7, 2023, Defendant filed their Answer. [ECF No. 28].



On November 17, 2023, counsel for Plaintiff, Michael D. Croddy, and counsel for Defendant, Dale Bellitto, met and conferred regarding Plaintiff's concerns with Defendant's Answer. Specifically, Plaintiff finds the affirmative defenses in Defendant's Answer to be deficient.

Rather than file a motion to strike Defendant's affirmative defenses, Defendant has agreed to file a First Amended Answer on or by December 4, 2023.

As such, the parties have agreed to grant Plaintiff an extension to file a motion to strike until twenty-two (22) days after Defendant files their First Amended Answer.

Therefore,

1. Plaintiff, with the stipulated consent of Defendant, respectfully requests that the Court extend the time by which Plaintiff may file a Motion to Strike Defendant's Answer until December 26, 2023.

Dated: November 29, 2023        Respectfully submitted,

**KROGH & DECKER, LLP**

 /s/ Marie C. Avery
MARIE C. AVERY
Attorneys for Plaintiff
SELENE FINANCE LP

Dated: November 29, 2023        Respectfully submitted,

**LONG & LEVIT, LLP**

 /s/ John B. Sullivan as authorized on 11/28/23
JOHN B. SULLIVAN
Attorneys for Defendant
MALCOLM & CISNEROS



**ORDER**

Having found good cause exists pursuant to FRCP 16(b)(4), the court GRANTS the Plaintiff's Stipulated Request to Extend Motion to Strike Deadline as follows:

1. The Court sets the date by which Plaintiff may file a Motion to Strike Defendant's Answer until December 26, 2023.

**IT IS SO ORDERED.**

Dated: November 29, 2023

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

