1  **KROGH & DECKER, LLP**
   SHAWN M. KROGH, SBN 227116
2  shawnkrogh@kroghdecker.com
   MARIE C. AVERY, SBN 345344
3  marieavery@kroghdecker.com
   555 Capitol Mall, Suite 700
4  Sacramento, California 95814
   Telephone: 916.498.9000
5  Facsimile: 916.498.9005

6  Attorneys for Plaintiff
   SELENE FINANCE LP
7

8  **KLINEDINST PC**
   IAN A. RAMBARRAN, SBN 227366
9  irambarran@klinedinstlaw.com
   801 K Street, Suite 2100
10 Sacramento, CA 95814
   Telephone: 916.444.7573
11
   Attorneys for Plaintiff
12 SELENE FINANCE LP

13
   **LONG & LEVIT LLP**
14 JOHN B. SULLIVAN, SBN 238306
   jsullivan@longlevit.com
15 DALE A. BELLITTO, SBN 330454
   dbellitto@longlevit.com
16 465 California Street, Suite 500
   San Francisco, California 94104
17 Telephone: (415) 397-2222

18 Attorneys for Defendant
   MALCOLM & CISNEROS
19

20

21

22

23

24

25

26

27

28



1

**JOINT REQUEST TO MODIFY SCHEDULING ORDER AND ORDER**

155290102

# THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| SELENE FINANCE LP, | Case No.: 2:23-cv-01124-DJC-CKD |
| Plaintiff, | |
| vs. | **JOINT REQUEST TO MODIFY SCHEDULING ORDER AND ORDER** |
| COUNTY OF SACRAMENTO; JIM COOPER, solely in his official capacity as the SHERIFF OF SACRAMENTO COUNTY; MALCOLM & CISNEROS, a California Law Corporation; and DOES 1-25, | *Assigned to: District Judge Daniel J. Calabretta* |
| | Complaint Filed:   November 18, 2020 |
| | Case Removed:   June 12, 2023 |
| | Trial:   December 8, 2025 |
| Defendants. | |

Pursuant to Federal Rules of Civil Procedure, Rule 16(b)(4), plaintiff SELENE FINANCE LP ("Plaintiff" or "Selene"), and defendant MALCOLM & CISNEROS, A LAW CORPORATION, ("Defendant" or the "Firm") (collectively, the "Parties") jointly request the court modify the pretrial Scheduling Order, issued on April 12, 2024.

The Court has the authority to modify the pretrial Scheduling Order for good cause. (FRCP Rule 16(b)(4)). Plaintiff's counsel has trial set in an unrelated matter on the same date of trial proffered in the initial pretrial Scheduling Order, issued April 12, 2024. The parties respectfully request the Court modify the Scheduling Order to avoid concurrent trials for counsel.

The Parties respectfully request that the Court modify the April 12, 2024, pretrial Scheduling Order to reflect the following:

1. The Final Pretrial Conference shall be November 20, 2025.
2. The trial shall commence on January 26, 2026 at 8:30 AM.

The Parties request that all other dates included in the April 12, 2024, Scheduling Order shall remain in effect.

(SIGNATURE PAGE TO FOLLOW)

Dated: April 23, 2024



Respectfully submitted,

                        **KROGH & DECKER, LLP**

                        By: <u>/s/ Marie C. Avery</u> (as authorized on 04-23-2024)
                                  MARIE C. AVERY
                                 Attorneys for Plaintiff
                                 SELENE FINANCE, LP.

Dated: April 23, 2024

Respectfully submitted,

                        **MAYNARD, COOPER & GALE, P.C.**

                        By: <u>/s/ Dale A. Bellitto</u> (as authorized on 04-23-2024)
                                  DALE A. BELLITTO
                                 Attorneys for Defendant,
                    Malcolm & Cisneros, a California Law Corporation



**JOINT REQUEST TO MODIFY SCHEDULING ORDER AND ORDER**

155290102

**ORDER**

Having found good cause exists pursuant to FRCP 16(b)(4), the court GRANTS the Parties' motion to modify the April 12, 2024, pretrial Scheduling Order.

The April 12, 2024, pretrial Scheduling Order is modified as follows:

1. The Final Pretrial Conference shall be November 20, 2025 at 1:30 PM.
2. The trial shall commence on January 26, 2026, at 8:30 AM.

All other dates contained in the April 12, 2024, Scheduling Order shall remain in effect.

**IT IS SO ORDERED.**

Dated: April 24, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE