1 | LONGYEAR, LAVRA & CAHILL, LLP
Van Longyear, CSB No.: 84189
2 | Nicole M. Cahill, CSB No.: 287165
Denny Yu, CSB No.: 345213
3 | 555 University Avenue, Suite 280
Sacramento, CA 95825
4 | Phone: 916-974-8500
Facsimile: 916-974-8510
5 | Emails: longyear@longyearlaw.com
          cahill@longyearlaw.com
6 |       yu@longyearlaw.com

7 | Attorneys for Defendants,
County of Sacramento and
8 | Sheriff Jim Cooper

9 | **UNITED STATES DISTRICT COURT**

10 | **EASTERN DISTRICT OF CALIFORNIA**

11 |

| | | |
|---|---|---|
| SELENE FINANCE, LP | ) | Case No.: 2:23-CV-01124-DJC-CKD |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION OF PARTIAL DISMISSAL AND ORDER** |
| COUNTY OF SACRAMENTO; JIM COOPER, solely in his official capacity as the SHERIFF OF SACRAMENTO COUNTY; MALCOLM & CISNEROS, a California Law Corporation; and DOES 1-25, | ) | |
| Defendants. | ) | |

Pursuant to Rule 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the dismissal with prejudice of Defendants County of Sacramento and Sheriff Jim Cooper, only.  Each party to bear its own costs and fees. This stipulation may be signed in counterparts and an electronic signature shall be deemed an original.

IT IS SO STIPULATED.

/ / /

/ / /

/ / /

/ / /

/ / /

STIPULATION OF PARTIAL DISMISSAL AND ORDER

1

2   Dated: July 9, 2024                    LONGYEAR, LAVRA & CAHILL, LLP

3

4                                          By:   /s/ Van Longyear
                                                 VAN LONGYEAR
5                                                NICOLE M. CAHILL
                                                 DENNY YU
6                                                Attorneys for Defendants,
                                                 County of Sacramento and Sheriff Jim
7                                                Cooper

8   Dated: July 9, 2024                    KLINEDINST PC

9

10                                         By: /a/ Ian A. Rambarran [as authorized 7-8-24]
                                               IAN A. RAMBARRAN
11                                             Attorneys for Plaintiff, Selene Finance, LP

12

13                                         **ORDER**

14

        IT IS SO ORDERED:
15

16
    Dated:  July 9, 2024                    /s/ Daniel J. Calabretta
17                                          THE HONORABLE DANIEL J. CALABRETTA
                                            UNITED STATES DISTRICT JUDGE
18

19

20

21

22

23

24

25

26

27

28

STIPULATION OF PARTIAL DISMISSAL AND ORDER