KROGH & DECKER, LLP
SHAWN M. KROGH (SBN 227116)
shawnkrogh@kroghdecker.com
RYAN E. FILLMORE (SBN 235484)
ryanfillmore@kroghdecker.com
2485 Natomas Park Dr., Suite 550
Sacramento, CA 95833
Telephone: 916.498.9000
Facsimile: 916.498.9005

Attorneys for Plaintiff
SELENE FINANCE LP


JOHN B. SULLIVAN, Bar No. 238306
GABRIELLE M. JACKSON, Bar No. 167528
LONG & LEVIT LLP
465 California Street, Suite 500
San Francisco, California 94104
Telephone: (415) 397-2222
Facsimile: (415) 397-6392
Email: jsullivan@longlevit.com
       gjackson@longlevit.com

Attorneys for Defendant
MALCOLM & CISNEROS

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SELENE FINANCE LP, <br><br> Plaintiff, <br><br> v. <br><br> COUNTY OF SACRAMENTO; JIM COOPER, solely in his official capacity as the SHERIFF OF SACRAMENTO COUNTY; MALCOLM & CISNEROS, a <br><br> Defendants. | Case No.: 2:23-CV-01124-DJC-CKD <br><br> **ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

1
ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

1  Based on the parties' Stipulation of Dismissal, IT IS HEREBY ORDERED
2  that Plaintiff SELENE FINANCE LP's entire action as against all parties is dismissed with
3  prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii) and
4  Rule 41(a)(1)(B) and that each party shall bear its own costs and fees.

6  IT IS SO ORDERED.

8  Dated:  December 30, 2025          /s/ Daniel J. Calabretta
                                       THE HONORABLE DANIEL J. CALABRETTA
                                       UNITED STATES DISTRICT JUDGE